1  Cyrus Safa
   Attorney at Law: 282971
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Bryan Kelly Wallace

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  BRYAN KELLY WALLACE,          )  Case No.: 2:12-cv-03983-SP
                                  )
12         Plaintiff,             )  ORDER AWARDING EQUAL
                                  )  ACCESS TO JUSTICE ACT
13     vs.                        )  ATTORNEY FEES AND EXPENSES
                                  )  PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN Acting      )  AND COSTS PURSUANT TO 28
    Commissioner of Social Security, )  U.S.C. § 1920
15                                )
           Defendant              )
16                                )
    _____)

17
    Based upon the parties' Stipulation for the Award and Payment of Equal
18
    Access to Justice Act Fees, Costs, and Expenses:
19
    IT IS ORDERED that fees and expenses in the amount of $3,040.00 as
20
    authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by
21
    28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
    DATE:  June 3, 2013
23
                   /s/  Sheri Pym
24            _____
              THE HONORABLE SHERI PYM
              UNITED STATES MAGISTRATE JUDGE
25

26

-1-